**CONFIDENTIAL DRAFT STATEMENT**

**This statement is a draft and is subject to bankruptcy resolution. This process may incur additional fees and/or expenses that may not be reflected in this statement.**

| BARD IVC FILTER | | |
|---|---|---|
| SETTLEMENT STATEMENT | | |
| | | |
| Claim of Ashley Brown - ID 100975 | | |
| | | |
| **Gross Settlement Amount Before Deductions** | | **$29,552.02** |
| | | |
| DEDUCTIONS | | |
| **Less Attorneys' Fees (40%)** | | |
| Law Firm Attorney Fee | | $9,420.81 |
| MDL Court-Ordered Common Benefit Fee Assessment[1] | | $2,400.00 |
| | *Subtotal* | **$11,820.81** |
| | | |
| **Less Firm Costs & Expenses** | | |
| Court Filing Fee | | $400.00 |
| Other Costs & Expenses (includes medical record retrieval, mailing, postage, notarial services, etc.) | | $1,104.61 |
| | *Subtotal* | **$1,504.61** |
| | | |
| **Less Non-Firm Costs & Expenses** | | |
| MDL Court-Ordered Common Benefit Cost Assessment[2] | | $600.00 |
| Archer Systems, LLC[3] | | $350.00 |
| Austin Law and Economics Consultants, Inc.[4] | | $143.71 |
| Healthcare Lien | | - |
| MedFin CT Scan Lien | | - |
| Third-Party Client Loan | | - |
| Other Third-Party Liens | | - |
| | *Subtotal* | **$1,093.71** |
| | | |
| **Total Deductions** | | **$14,419.13** |
| **Total Amount Due to Client After Deductions** | | **$15,132.89** |

---

[1] The Court ordered all clients in the Bard IVC Filter litigation to pay 8% of their gross award toward common fees incurred during the litigation. This amount is transferred from Archer Systems, LLC to a fund established by the Plaintiff Steering Committee for that purpose. It is not paid to the law firm representing you.

[2] The Court ordered all clients in the Bard IVC Filter litigation to pay 2% of their gross award toward the reimbursement of common costs and expenses incurred during the litigation. This amount is transferred from Archer Systems, LLC to a fund established by the Plaintiff Steering Committee for that purpose. It is not paid to the law firm representing you.

[3] Archer Systems, LLC ("Archer") was the agreed upon administrator and lien resolution specialist in the Bard IVC Filter settlement. This amount also includes any bankruptcy or probate fees charged by Archer, if applicable.

[4] Lynn Baker, Esq. of Austin Law and Economics Consultants, Inc. was engaged to provide the required legal ethics review of the proposed settlement terms and payout structure of the multi-plaintiff Bard IVC Filter settlement.