**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:                           : | |
|    Ashley R. Brown               : | Chapter 7 |
|                                    : | Case No.: 20-11265-ELF |
|       Debtor(s)                   : | |

**CERTIFICATE OF SERVICE**

    I, Brad J. Sadek, Esq. certify that on the date indicated below a true and correct copy of the Motion to Reopen Case for the Limited Purposes of Amending Schedules "B" & "C" was served by Regular US Mail or electronic means on all creditors and the following parties:

| | |
|---|---|
| **Gary F. Seitz, Esq.**<br>Standing Chapter 7 Trustee<br>Electronic Service | **Christopher K. Johnston**<br>Counsel in Settlement Lawsuit, *Johnston Law Group*<br>Electronic Service to *kyle@masstorslaw.com* |
| **Consumer Portfolio Services, Inc.**<br>Regular Mail to PO Box 57071 Irvine, CA 92619 | **Cbcs**<br>Regular Mail to PO Box 275 Columbus, OH 43216 |
| **I.C. System, Inc**<br>Regular Mail to PO Box 64378 St. Paul, MN 55164 | **FedLoan Servicing**<br>Regular Mail to PO Box 69184 Harrisburg, PA 17106 |
| **Mariner Finance, LLC**<br>Regular Mail to 8211 Town Center Drive Nottingham, MD 21236 | **LVNV Funding/Resurgent Capital**<br>Regular Mail to Po Box 10497 Greenville, SC 29603 |
| **OAC Collection Specialists**<br>Regular Mail to Po Box 500 Baraboo, WI 53913 | **MECU**<br>Regular Mail to One South Street Baltimore, MD 21202 |
| **Regional Acceptance Corporation**<br>Regular Mail to 1424 East Fire Tower Road Greenville, NC 27858 | **Prestige Financial Svc**<br>Regular Mail to 351 W Opportunity Way Draper, UT 84020 |
| **Southwest Credit Systems**<br>Regular Mail to 4120 International Parkway Suite 1100 Carrollton, TX 75007 | **Security Credit Services**<br>Regular Mail to PO Box 1156 Oxford, MS 38655 |
| **Verizon**<br>Regular Mail 500 Technology Dr Ste 550 Weldon Springs, MO 63304 | **The Bureaus Inc**<br>Regular Mail to 650 Dundee Rd, Ste 370 Northbrook, IL 60062 |
| **Wells Fargo Dealer Services**<br>Regular Mail to 1100 Corporate Center Drive Raleigh, NC 27607 | |

Dated: June 9, 2022

/s/ Brad J. Sadek, Esquire
Brad J. Sadek, Esquire
Sadek and Cooper
1315 Walnut Street
Suite 502
Philadelphia, PA 19107